UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
DIVISION

**TOM MAHONEY, on behalf of himself and on behalf of others similarly situated,**

    Plaintiff,

v.                               CASE NO.: 2:18-cv-00324-FtM-99MRM

**QUICKEN LOANS, INC.**

    **Defendant.**
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, TOM MAHONEY, on behalf of himself and on behalf of others similarly situated, and Defendant, QUICKEN LOANS, INC., by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 29th day of January, 2019.

| | |
|---|---|
| Spencer Fane | WENZEL FENTON CABASSA, P.A. |
| 201 North Franklin Street | 1110 North Florida Avenue |
| Suite 2150 | Suite 300 |
| Tampa, FL 33602 | Tampa, Florida 33602 |
| Telephone: (813) 424-3500 | Telephone: 813-224-0431 |
| Facsimile: (813) 405-8904 | Facsimile: 813-229-8712 |
| BY: */s/ Kyle W. Tayman* | BY: */s/Brandon Hill* |
|     Kyle W. Tayman |     Brandon J. Hill |
|     Kirby McDonough |     Florida Bar Number: 0053643 |
|     Florida Bar Number: 79031 |     E-mail: bhill@wfclaw.com |
|     E-mail: kmcdonough@spencerfane.com |     Counsel for Plaintiff |
|     ktayman@goodwinlaw.com | |
|     Counsel for Defendant | |